UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
================================X
In re:                                    Chapter 7

    POONAM KESWANI,                       Case No. 20-10315

**<u>NOTICE OF HEARING</u>**

                Debtor.
================================X

**PLEASE TAKE NOTICE** that upon the application by motion of the Creditors, TREASURES LONDON LIMITED and HARJIT SINGH ATHWAL (collectively "Creditor"), by and through their attorneys the law offices of Kravis & Wurgaft, P.C., 201 Washington Street, Newark, New Jersey 07102, the motion for relief from the automatic stay [ECF Doc. No. 33] shall be set down for a hearing as follows:

    Date & Time:    July 14, 2020 at 11:00AM

    Location:    United States Bankruptcy Court
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004
                      Courtroom 601

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Creditor's motion shall be filed pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Southern District of New York.

Dated: Newark, New Jersey                               KRAVIS & WURGAFT, P.C.
       June 12, 2020                                     *Attorneys for Creditors,*
                                                        *TREASURES LONDON LIMITED*
                                                        *and HARJIT SINGH ATHWAL*

                                                         _____
                                                         Matthew A. Wurgaft